

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
E-mail: marskhaimovlaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: FEB 1 8 2021

February 16, 2021

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

FEB 1 8 2021

SO ORDERED:
The initial conference is adjourned from
February 23, 2021 to April 27, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: Josue Paguada v. Mrs. Fisher's Inc.; 1:20-cv-09252-GBD

To the Honorable Judge Daniels,

The Parties submit this joint letter to respectfully request an adjournment of the initial pretrial conference, currently scheduled to take place on February 23, 2021. The Parties are actively communicating to explore terms of the possible dismissal of claims, and judicial intervention is not being requested at this time. This is the first request for an adjournment herein, and both Parties consent.

                                                                  **Respectfully,**

                                                                   **/s/ Mars Khaimov**

                                                                   **/s/ Timothy J. Straub**