UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JOSUE PAGUADA, *on behalf of himself and all others similarly situated,*

                    Plaintiff,

-against-

MRS. FISHER'S, INC.,

                    Defendant.

------------------------------------- x

ORDER

20 Civ. 9252 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned from August 31, 2021 to October 12, 2021 at 9:30 a.m. The parties shall file a status letter no later than September 28, 2021 or meet and confer to submit a joint case management plan no later than September 28, 2021.

Dated: August 24, 2021
      New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE